JB/2023R00705

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DASHNAY HOLMES,<br>  a/k/a "Dashnay Johnson,"<br>  a/k/a "Dashnay Coleman,"<br>  a/k/a "Dashnay Beckwith" | Crim. No.  25-633  (KMW)<br><br>18 U.S.C. § 371 26 U.S.C. § 7206(2) |

INFORMATION

The defendant, having waived in open court prosecution by Indictment, the United States charges:

COUNT ONE
(Conspiracy to Defraud the United States)

1. At all times relevant to this Information:

    a.    Defendant DASHNAY HOLMES, a/k/a "Dashnay Johnson," a/k/a "Dashnay Coleman," a/k/a "Dashnay Beckwith" ("HOLMES"), was a resident of Blackwood, New Jersey, and Freehold, New Jersey.

    b.    Defendant HOLMES owned and operated a tax return preparation business that operated under various names, including VIP Tax Services, 750 Agency, VIP Tax Agency, and Holmes Business Center (collectively herein referred to as "VIP Tax"), at locations in Philadelphia, Pennsylvania; Deptford, New Jersey; and Jersey City, New Jersey.

1

    c.  Co-Conspirator 1 was a tax return preparer who was trained by defendant HOLMES to prepare tax returns and who worked for VIP Tax in New Jersey.

    d.  Co-Conspirator 2 was a tax return preparer who was trained by defendant HOLMES to prepare tax returns and who worked for VIP Tax remotely in locations outside of New Jersey.

    e.  The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury, responsible for administering and enforcing the tax laws of the United States and collecting the taxes that were due and owing to the Treasury of the United States by its citizens, residents, and businesses.

    f.  A U.S. Individual Income Tax Return ("Form 1040") was a form filed by taxpayers and used by the IRS to assess liability for individual income tax and eligibility for credits and refunds. A Form 1040 often has attached schedules and forms used by taxpayers to (a) report certain types of income, including income reported on a Form 1099-DIV (Dividends and Distribution from financial institutions); and (b) claim credits, including COVID-related credits for qualified sick and family leave for certain self-employed individuals ("Sick and Family Leave Tax Credits") and credits for federal tax paid on certain fuels ("Fuel Tax Credits").

The Conspiracy

2.   From on or about January 1, 2021 and continuing through on or about March 28, 2024, in, Gloucester County, in the District of New Jersey, and elsewhere, the defendant,

DASHNAY HOLMES,
a/k/a "Dashnay Johnson,"
a/k/a "Dashnay Coleman,"
a/k/a "Dashnay Beckwith,"

did knowingly and intentionally conspire and agree with Co-Conspirator 1, Co-Conspirator 2, and others to defraud the United States by impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Department of the Treasury in the ascertainment, computation, assessment, and collection of the revenue, namely, individual income taxes due and owing from the taxpayers whose returns were prepared at VIP Tax.

Object of the Conspiracy

3.   It was the object of the conspiracy to defraud the United States and the IRS by preparing and filing with the IRS false and fraudulent tax returns for client-taxpayers that reported false and fraudulent income and losses from fictitious businesses; false and fraudulent Sick and Family Leave Tax Credits; false and fraudulent Fuel Tax Credits; and false and fraudulent Form 1099-DIV (Dividends and Distribution from financial institutions) income and withholdings, all of which caused the client-taxpayers to request higher refunds than they were entitled to receive from the IRS.

## Manner and Means of the Conspiracy

4. It was a part of the conspiracy that defendant HOLMES hired Co-Conspirator 1, Co-Conspirator 2, and others to prepare individual income tax returns for taxpayer-clients of VIP Tax.

5. It was further part of the conspiracy that defendant HOLMES trained Co-Conspirator 1, Co-Conspirator 2, and others to prepare false and fraudulent individual income tax returns for taxpayer-clients of VIP Tax by including false, fraudulent, and fictitious information that resulted in the client-taxpayers' returns requesting refunds that client-taxpayers were not entitled to request or receive.

6. It was further part of the conspiracy that defendant HOLMES, Co-Conspirator 1, Co-Conspirator 2, and others prepared and caused to be filed with the IRS false and fraudulent individual income tax returns for taxpayer-clients of VIP Tax that reported false, fraudulent, and fictitious businesses, credits, and withholdings, all of which resulted in the returns requesting refunds that the client-taxpayers were not entitled to request or receive.

   a. For example, for tax year 2021, defendant HOLMES, Co-Conspirator 1, and Co-Conspirator 2 prepared and filed with the IRS more than 200 false returns that, in total, claimed more than $6,100,000 in false and fraudulent Sick and Family Leave Tax Credits.

   b. For tax year 2022, Conspirator 1 and Co-Conspirator 2 prepared and filed with the IRS more than 120 false returns that claimed, in total, more than $530,000 in false and fraudulent Fuel Tax Credits.

  c. For tax year 2023, defendant HOLMES prepared and filed with the IRS approximately 39 false returns that reported more than $1,690,000 in fictitious 1099-DIV withholdings, resulting in more than $1,000,000 in false and fraudulent refunds claimed.

 7. It was further part of the conspiracy that defendant HOLMES directed Co-Conspirator 1, Co-Conspirator 2, and others to share with defendant HOLMES a portion of the tax preparation fees paid by VIP Tax's client-taxpayers.

Overt Acts

 8. In furtherance of this conspiracy and to effect its objects, the following overt acts were committed in the District of New Jersey and elsewhere:

  a. On or about March 28, 2023, Co-Conspirator 1 prepared and filed with the IRS multiple false and fraudulent tax returns in the name of a taxpayer with the initials B.J., including a false and fraudulent 2021 Form 1040 that reported a fictitious business, a false $3,510 Sick and Family Leave Tax Credit, and a false refund due of $3,251.

  b. On or about February 1, 2024, defendant HOLMES prepared and filed with the IRS multiple false and fraudulent tax returns in the name of a taxpayer with the initials T.B., including a false and fraudulent 2023 Form 1040 that reported a fictitious business loss of $24,054 and a false refund due of $2,459.

 In violation of Title 18, United States Code, Section 371.

## COUNT TWO
(Aiding and Assisting in the Preparation of False Tax Returns)

1. Paragraphs 1 through 7 of Count One of this Information are realleged as if set forth in full herein.

2. On or about February 1, 2024, in the District of New Jersey and elsewhere, the defendant,

> DASHNAY HOLMES,
> a/k/a "Dashnay Johnson,"
> a/k/a "Dashnay Coleman,"
> a/k/a "Dashnay Beckwith,"

did willfully aid and assist in, and procure, counsel and advise the preparation and presentation under, and in connection with a matter arising under, the internal revenue laws, of a return, claim and other document, to wit: a 2023 Form 1040 and attached Forms and Schedules in the name of a taxpayer with the initials T.B., which return, claim and other document were false and fraudulent as to one or more material matters, in that the Form 1040 and attached Forms and Schedules reported, among other falsities, a fictitious business loss of $24,054 and a refund due of $2,459, knowing that T.B. was not entitled to report a business loss and not entitled to claim a refund.

In violation of Title 26, United States Code, Section 7206(2).

*[signature: Alina Habba]*

_____
TODD W. BLANCHE
United States Deputy Attorney General

ALINA HABBA
Acting United States Attorney
Special Attorney

| | |
|---|---|
| CASE NUMBER: _____ | |

**United States District Court**
**District of New Jersey**

UNITED STATES OF AMERICA

v.

DASHNAY HOLMES,
a/k/a "Dashnay Johnson,"
a/k/a "Dashnay Coleman,"
a/k/a "Dashnay Beckwith"

# INFORMATION FOR

18 U.S.C. § 371
26 U.S.C. § 7206(2)

_____
TODD W. BLANCHE
UNITED STATES DEPUTY ATTORNEY GENERAL

_____
ALINA HABBA
ACTING UNITED STATES ATTORNEY FOR THE
DISTRICT OF NEW JERSEY AND
SPECIAL ATTORNEY

_____
JEFFREY BENDER
ASSISTANT U.S. ATTORNEY
CAMDEN, NEW JERSEY
856-757-5026